**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
AZAM AHMED, individually and on behalf of all others similarly situated,

                                  Plaintiff,

       -against-                                                                    23 **CIVIL** 8094 (AS)

                                                                                **JUDGMENT**

CIGNA HEALTH MANAGEMENT, INC. et al.,

                                  Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 8, 2024, Ahmed initially brought this case thinking that Defendants used an algorithm to deny his preauthorization request. Having now received confirmation that this was not so, Ahmed tries to pivot. But the pivot leads Ahmed straight into a wall. His claims are either untimely or are a poor fit for the doctrine he tries to cram them into. As such, Defendants' motions to dismiss are granted with prejudice. Defendants' motion to strike the class allegations is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York

       July 9, 2024

                                                                    **DANIEL ORTIZ**
                                                              **Acting Clerk of Court**

                                     **BY:**      *K. Mango*

                                                               **Deputy Clerk**